IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON GUYMON,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISION<br><br><br>Case No. 2:09-CR-117 TS |

This matter is before the Court on Defendant Jason Guymon's Motion for Early Termination of Supervision. For the reasons discussed below, the Court will deny the Motion.

I.  BACKGROUND

On March 4, 2009, Defendant was charged with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g). On November 2, 2009, Defendant was sentenced to 30 months custody and 36 months of supervised release. Defendant was released from custody on April 12, 2011, and began his term of supervision. Defendant now moves to terminate supervision. The government objects to Defendant's request.

## II. DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is warranted by the conduct of an offender and is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Reviewing these factors, the Court finds that early termination is not warranted by the conduct of Defendant and is not in the interest of justice. Defendant has done well while on supervision. However, as the government's opposition points out, Defendant struggled during the first year of his supervision and tested positive for methamphetamine in April 2012. While the Court commends the progress Defendant has made, the Court believes that further supervision is warranted.

## III. CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervision (Docket No. 45) is DENIED.

DATED June 6, 2013.

BY THE COURT:

_____
TED STEWART
United States District Judge